# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Kipper Ken King, | ) | Civil Action No. 0:20-cv-00755-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| F.B.O.P. Medical Department; The Director of the F.B.O.P. | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Kipper Ken King, proceeding *pro se*, filed this action seeking relief under 42 U.S.C. § 1983. (ECF No. 1.) By order issued March 5, 2020, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 6.) The "Proper Form Order" warned Plaintiff that a failure to provide the necessary documents within twenty-one (21) days would subject his case to dismissal. (*Id.*) The court extended the deadline to April 16, 2020, but Plaintiff has not filed any documents and his time to respond has lapsed. Consequently, because Plaintiff has failed to prosecute his case and has failed to comply with an order of this court, this action is **DISMISSED** without prejudice under Fed. R. Civ. P. 41. Plaintiff's Motion for Leave to proceed *in forma pauperis* (ECF No. 2) is therefore **MOOT**.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

April 24, 2020
Columbia, South Carolina