AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Kipper Ken King, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) Civil Action No. | 0:20-cv-00755-JMC-PJG |
| F.B.O P medical department; Director of the F.B.O.P., The, | ) ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Kipper Ken King, shall take nothing of the defendants, F.B.O P medical department and The Director of the F.B.O.P., and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Michelle J. Childs, United States District Judge, presiding, dismissing the complaint for failure to prosecute.

Date: April 24, 2020                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/L. Baker

                                                                 *Signature of Clerk or Deputy Clerk*